IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SHAILESHKUMAR PRABHUDAS PATEL, | * | |
| Plaintiff, | * | |
| v. | * | CV 623-053 |
| ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' consent motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. 4.) Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," and Rule 41(a)(1)(A)(ii) allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." This motion was filed prior to Defendants serving an answer or a motion for summary judgment, and all Parties have signed the motion. Therefore, this motion is in compliance with either prong of voluntary dismissal under Rule 41. Upon due consideration, the Court finds dismissal proper.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2